Honorable Judge Perry,

    I am writing to you to inform you that the B.O.P. is transfering around 100 inmates from my unit, I am also being transfered. I do not know where just another Low facility. I was approved on 8/20/2020 for a radiology CT scan and a Pulmonology test, although since I am being transfered I will have to start the medical process over at the next facility. They have not said why we are being transfered. I am truely sorry for any inconveniece I have caused you or the Courts.

                      Thank you for your time and understanding,
                      Charles Weissinger.

Charles Weissinger #24008-044
Federal Medical Center Lexington
PO Box 14500
Lexington, KY. 40512

LEXINGTON KY 405
11 SEP 2020 PM 2 L

RECEIVED BY MAIL
SEP 14 2020
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
CAPE GIRARDEAU

Honorable Judge: Catherine D. Perry
555 Independence street
U.S. Court House
Cape Girardeau, MO. 63701

1:06CR132CDP

63703-623555