Honorable Judge Catherine D. Perry

    Your honor, I would like to thank the Court for consideration of my motion for Compassionate release, and would respectfully request a status report. Ms. Booth has worked very hard preparing my motion for the court. I am so greatful of all her hard work. I am not sure if you have recieved my newly updated medical records. The new pulmanary test revealed possible restrictions serious and my catscan showed mild Emphesma, and it also showed some anomolys with my right lung. There are over 150 cases of Covid 19 here, 13 people I came here with has contracted the virus. I have been very lucky not to contract the virus. But, the Potental Consequences for me having the disease is the reason I am asking for an update at this time. My mother is in bad health and needs me to help her with bills and taking care of her and the two kids. I have been in custudy for over 16 years, I have been in the BoP for 13 years. I take full responsibility for my actions that put me here, I am not the same person I was, I am not a danger to anyone. I want to work and pay taxes and live a God fearing life. I beg this court to give me that opportunity and grant my motion. I thank you for your time and consideration.

    Sincerely, Charles Weissinger

Charles Weissinger #24008-044
M-2 Rm 206
USP Yazoo City
P.O. Box 5000
Yazoo City, MS.
39194

RECEIVED
BY MAIL

JAN 19 2021

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
CAPE GIRARDEAU

JACKSON MS 390
14 JAN 2021  PM 1  L



United States Federal Courthouse
Honorable Judge Catherine D. Perry
555 Independence St.
Cape Girardeau, Mo. 63703

63703-623555